**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Richard D. Kalman					CHAPTER 13
                    Debtor(s)
							BKY. NO. 20-12584 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

							Respectfully submitted,
							**/s/ Rebecca A. Solarz Esquire**
							Rebecca A Solarz, Esquire
							Kevin G. McDonald, Esquire
							KML Law Group, P.C.
							701 Market Street, Suite 5000
							Philadelphia, PA 19106-1532
							(215) 627-1322