IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Richard D. Kalman | : | Case No. 20-12584-mdc |
| Debtor | : | |

ORDER GRANTING DEBTOR AN ADDITIONAL TWENTY (20) DAYS
TO FILE CHAPTER 13 SCHEDULES AND STATEMENT

AND NOW, THIS __25th__ DAY OF __June__ 20 20, upon consideration of the Debtor's APPLICATION for additional time,

IT IS HEREBY ORDERED

That the Debtor shall have until  July 10, 2020  to file Chapter 13 Schedules and Statements and Chapter 13 Plan.

SO ORDERED

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge