IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Richard D. Kalman  : Case No.  20-12584
: Chapter 13

**CERTIFICATION OF SERVICE AND PROOF OF MAILING**

    The undersigned, attorney for Debtor, does hereby certify that I did on August 28, 2020, serve all Matrix creditors by electronic means or by US regular mail with notice of the rescheduling of the Meeting of Creditors in the above captioned matter until October 5, 2020, 2020 at 9:30 a.m.

    I declare under penalty of perjury that the foregoing is correct.

Date: August 28, 2020

s/ John M. Kenney
John M. Kenney, Esquire
308 N. Oxford Valley Road
Fairless Hills, PA  19030