# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-12584-MDC

RICHARD D. KALMAN

1904 1ST STREET

LANGHORNE, PA 19047

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RICHARD D. KALMAN

    1904 1ST STREET

    LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

    JOHN M KENNEY
    308 N OXFORD VALLEY RD

    FAIRLESS HILLS, PA 19030-

Date: 10/23/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee