UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: 12/23/20

To:  REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

In re:  Richard D. Kalman
Bankruptcy No.  20-12584-mdc
Adversary No.
Chapter  13

Re:  Motion for Relief from Stay re: 1904 1st Street, Langhorne, PA 19047. Filed by PENNYMAC LOAN SERVICES, LLC

The above document(s) were filed in this office on 12/22/2020**.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

   ()     Voluntary Petition Amount
   ()     Adversary Proceeding Amount
   ()     $31.00 Filing Fee for Amendments
   ()     $25.00 Claims Transfer Fee
   (xx)   Motion Filing Fee Amount- $188.00

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk


By: **C. Wagner**
Deputy Clerk

*Fee Notice*
*(11/26/18)*