United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Richard D. Kalman  
    Debtor

Case No. 20-12584-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jan 15, 2021     Form ID: pdf900     Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard D. Kalman, 1904 1st Street, Langhorne, PA 19047-1738 |
| 14522446 | + | /s/Allison J. Kiffin, Esq., c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 14518139 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14509988 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14509989 | + | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14522449 | + | Credit Union of New Jersey, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 14509993 | + | Cu Of Nj, 1035 Parkway Av, Trenton, NJ 08618-2309 |
| 14509996 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14511367 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14513801 | + | PENNYMAC LOAN SERVICES, LLC, c/o KML Law Group, 701 Market Street; Suite 5000, Philadelphia, PA 19106-1541 |
| 14528113 | + | PennyMac Loan Services, LLC, P.O. Box 660929, Dallas, TX 75266-0929 |
| 14527923 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14509997 | + | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14514139 | + | Pennymac Loan Services,LLC, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14527377 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk VA 23541-1031 |
| 14510005 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14522447 | + | c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, c/o Peter J. Liska, LLC, 766 Shrewsbury, Tinton Falls, NJ 07724-3001 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 16 2021 02:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2021 02:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 16 2021 02:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 16 2021 03:15:37 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14515428 | + | Email/Text: documentfiling@lciinc.com | Jan 16 2021 02:55:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14510881 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 16 2021 03:15:37 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14511064 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 16 2021 03:12:34 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14509990 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 20-12584-mdc    Doc 45    Filed 01/17/21    Entered 01/18/21 00:43:41    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: pdf900 | Total Noticed: 44 |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| | | | Jan 16 2021 02:56:00 | Comenitycb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 14509991 | + | Email/Text: bankruptcy@cunj.org | Jan 16 2021 02:56:00 | Credit Union Of N J, 1035 Parkway Av, Trenton, NJ 08618-2309 |
| 14509992 | + | Email/Text: bankruptcy@cunj.org | Jan 16 2021 02:56:00 | Credit Union Of New Je, 1035 Parkway Av, Trenton, NJ 08618-2309 |
| 14513189 | | Email/Text: mrdiscen@discover.com | Jan 16 2021 02:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14509994 | + | Email/Text: mrdiscen@discover.com | Jan 16 2021 02:55:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14527800 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2021 03:12:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14509995 | + | Email/Text: bknotification@loandepot.com | Jan 16 2021 02:57:00 | Loandepot, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 14520033 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2021 02:56:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14509998 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2021 02:56:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14509999 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2021 02:56:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14527118 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2021 03:15:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14526875 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2021 03:14:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14525589 | | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2021 02:56:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14510000 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:33 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14510001 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:33 | Syncb/ccsumt, C/o Po Box 965068, Orlando, FL 32896-0001 |
| 14510002 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:33 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14510003 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:33 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 14510004 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:34 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 14527032 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:15:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14516219 | + | Email/Text: documentfiling@lciinc.com | Jan 16 2021 02:55:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14529578 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: pdf900 | Total Noticed: 44 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN M. KENNEY | on behalf of Debtor Richard D. Kalman jken330@comcast.net Kathy@jkenneylaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Chapter 13
RICHARD D. KALMAN

Debtor     Bankruptcy No. 20-12584-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

January 14, 2021

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
JOHN M KENNEY
308 N OXFORD VALLEY RD

FAIRLESS HILLS, PA 19030-

Debtor:
RICHARD D. KALMAN

1904 1ST STREET

LANGHORNE, PA 19047